IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSE L. FARMER                                                                                         PLAINTIFF

v.                                              Civil No. 6:20-cv-06023

SERGEANT CHAD SORG                                                                            DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 21, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36. Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 25) be granted and that this case be dismissed.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 36) *in toto*. Accordingly, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 25) should be and hereby is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of May, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge